# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Contract Management, Inc. d.b.a. US Roads )    ASBCA No. 59604
)
Under Contract No. W911RZ-06-D-0021 )

APPEARANCE FOR THE APPELLANT:    Mr. Lawrence Luecking
   Administrative Secretary

APPEARANCES FOR THE GOVERNMENT:    Col Matthew J. Mulbarger, USAF
   Air Force Chief Trial Attorney
   Maj George M. Ebert, USAF
   Capt Sivram Prasad, USAF
   Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 5 May 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59604, Appeal of Contract Management, Inc. d.b.a. US Roads, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals